12088.   LAURENS COUNTY v. NORTH BRITISH & MERCANTILE INSURANCE COMPANY.

BROYLES, C. J.   1. The petition as amended was defective in that it failed to allege that the bridge claimed to have been in disrepair was erected after the passage of the act approved December 29, 1888 (Ga. L. 1888, p. 39); and it should have been dismissed on the general demurrer interposed. *Butts County* v. *Johnson*, 136 *Ga.* 354 (71 S. E. 428); *Salter* v. *Decatur County*, 15 *Ga. App.* 687 (84 S. E. 162).

2. In view of the above ruling it is considered unnecessary to pass upon the other questions raised by the demurrer.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1921.

Action for damages; from Laurens superior court — Judge Kent. November 11, 1920.

*M. H. Blackshear, J. W. Harrell,* for plaintiff.

*Adams & Camp,* for defendant.